■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT CHEESMAN, JR., Appellant. [643 NYS2d 350] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered April 13, 1995, convicting him of attempted burglary in the third degree and criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which

could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.